1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   BARRY DEAN MILLER,                  )      1:07-cv-01271-AWI-TAG HC
                                        )      1:07-cv-01214-AWI-WMW HC
10              Petitioner,             )
                                        )      ORDER TO RE-FILE EXISTING
11      v.                              )      PAPERWORK IN CASE NO. "1:07-cv-01271-
                                        )      AWI-TAG HC" INTO CASE NO. "1:07-cv-
12   BEN CURRY, Warden,                 )      01214-AWI-WMW HC"
                                        )
13              Respondent.             )      ORDER TO ADMINISTRATIVELY CLOSE
     _____)      CASE NO. "1:07-cv-01271-AWI-TAG HC"

14

15      Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

16   28 U.S.C. § 2254.

17      _____On July 17, 2007, Petitioner filed a petition for writ of habeas corpus in the U.S. District

18   Court for the Northern District of California.  On July 23, 2007, the Northern District ordered the

19   case transferred to the Eastern District of California, Sacramento Division, where it was given the

20   case no. 2:07-cv-01605-MCE-DAD HC.  On August 21, 2007, the Sacramento Division of this

21   Court ordered an intra-district transfer of that case to the Fresno Division.  The case was assigned a

22   new case no. "1:07-cv-01214-AWI-WMW HC."

23      It appears that Petitioner, on August 29, 2007, then filed an application to proceed in forma

24   pauperis for the petition he had originally filed in the Northern District.  However, Petitioner filed

25   the application to proceed in forma pauperis in the Northern District of California *after* the case had

26   already been transferred from the Northern District to the Sacramento Division of this Court.

27   Because the application to proceed in forma pauperis was not part of the documents originally

28   transferred to the Eastern District in case no. 1:07-cv-01214-AWI-WMW HC, the Sacramento

1   Division of this Court erroneously opened a second and separate habeas case for the application,

2   assigning it case no. 1:07-cv-01271-AWI-TAG HC.  Case no. 1:07-cv-01271-AWI-TAG HC

3   contains no petition, only the in forma pauperis application and the transfer orders.  It is obvious,

4   therefore, that case no. 1:07-cv-01271-AWI-TAG HC was opened in error, that the documents

5   currently filed in that case actually should be filed in case no. 1:07-cv-01214-AWI-WMW HC. and

6   that case no. 1:07-cv-01271-AWI-TAG should be administratively closed.

7          Accordingly, the Court HEREBY ORDERS that:

8          1.      The Clerk of the Court SHALL RE-FILE the existing paperwork in Case No.

9                  "1:07-cv-01271-AWI-TAG " into Case No. "1:07-cv-01214-AWI-WMW HC";

10         2.      The Clerk of the Court SHALL ADMINISTRATIVELY CLOSE Case No.

11                 "1:07-cv-01271-AWI-TAG ."

12         Petitioner is advised that pursuant to Local Rule 7-132, documentation submitted to the Court

13  should be in caption form and include the appropriate case name and number.

14

15  IT IS SO ORDERED.

16  Dated:   **October 1, 2007**                                    **/s/ Theresa A. Goldner**

17  _____                                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28