# UNITED STATES DISTRICT COURT
## Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 31, 2007

United States District Court
for the Eastern District of CA

501 I Street, Suite. 4-200
Sacramento, CA 95814

1:07-CV-1271-AWI-TAG (HC)



FILED
SEP 0 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

RE: CV 07-03662 SI   BARRY DEAN MILLER-v-BEN CURRY

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☒   Original case file documents.

☐   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Gwen S. Agid*

by: Gwen Agid
Case Systems Administrator

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRY DEAN MILLER,

    Petitioner,

v.

BEN CURRY, warden,

    Respondent.

No. C 07-3662 SI (pr)

**ORDER OF TRANSFER**

    Barry Dean Miller has filed a petition for writ of habeas corpus to challenge the sentence imposed on his 2002 conviction in Madera County Superior Court. Madera County lies within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. See Habeas L.R. 2254-3(b). Because the conviction and sentence occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: July 23, 2007

                                                  SUSAN ILLSTON
                                                United States District Judge

Barry D. Miller
T-46754
P.O. Box 689
Soledad, CA 93960-0689
Pro Se

E-Filing

FILED
AUG 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Barry D. Miller,

        Plaintiff,

vs.

Ben Curry, Warden (A), et al.

        Defendant.

CASE NO. C 07 3662 SI (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, __Barry D. Miller__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes __X__ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __.40¢ an hour.__ Net: _____

Employer: __Prison employment__

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | _____
5 | _____
6 | _____
7 | 2. Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:
9 |     a. Business, Profession or        Yes ___ No _X_
10 |         self employment
11 |     b. Income from stocks, bonds,        Yes ___ No _X_
12 |         or royalties?
13 |     c. Rent payments?        Yes ___ No _X_
14 |     d. Pensions, annuities, or        Yes ___ No _X_
15 |         life insurance payments?
16 |     e. Federal or State welfare payments,        Yes ___ No _X_
17 |         Social Security or other govern-
18 |         ment source?
19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 | _____
22 | _____
23 | 3. Are you married?        Yes ___ No _X_
24 | Spouse's Full Name: _____
25 | Spouse's Place of Employment: _____
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $_____ Net $_____
28 | 4.     a. List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 |   | support and indicate how much you contribute toward their support. (NOTE: |
| 3 |   | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 |   | THEIR NAMES.). |

5 _____

6 _____

7  5.   Do you own or are you buying a home?      Yes \_\_\_ No $\underline{X}$ .

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.   Do you own an automobile?                Yes \_\_\_ No $\underline{X}$

10 Make _____ Year _____ Model _____

11 Is it financed? Yes \_\_\_\_\_ No _____ If so, Total due: $ _____

12 Monthly Payment: $ _____

13 7.   Do you have a bank account? Yes \_\_\_\_ No $\underline{X}$ (Do <u>not</u> include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $ _____

17 Do you own any cash? Yes \_\_\_ No $\underline{X}$ Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)  Yes \_\_\_ No $\underline{X}$

20 _____

21 8.   What are your monthly expenses?

22 Rent: $ _____ Utilities: _____

23 Food: $ \_\_\_\_ 60.00 a month \_\_\_\_ Clothing: _____

24 Charge Accounts:

25 | <u>Name of Account</u> | <u>Monthly Payment</u> | <u>Total Owed on This Acct.</u> |
|---|---|---|
| 26 _____ | $ _____ | $ _____ |
| 27 _____ | $ _____ | $ _____ |
| 28 _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-29-07                             Barry D Miller
   DATE                      BARRY D. MILLER   PRO SE
                             SIGNATURE OF APPLICANT

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, _____ Barry D. Miller _____, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

Barry D. Miller, CDCR #: T-46754
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: _____
SOLEDAD, CA  93960-0689.

On _____ July 29, 2007 _____, I served the attached:

Prisoner's Application to Proceed in Forma Pauperis

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

United States District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco, CA 94102-9680

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ July 29, 2007 _____.

*Barry D Miller*
Barry D. Miller
Declarant

```
REPORT ID: TS3030                                        REPORT DATE: 07/31/07
                                                         PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CTF SOLEDAD/TRUST ACCOUNTING
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 01, 2007 THRU JUL. 31, 2007

ACCOUNT NUMBER : T46754                   BED/CELL NUMBER: CFED00000000073U
ACCOUNT NAME   : MILLER, BARRY DEAN       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -------------  ---------  ---------  --------   -----------   -------

02/01/2007   BEGINNING BALANCE                                                 0.00

02/03  D550  INMATE PAYROL  2247 PIA2              63.46                      63.46
02/13  FR01  CANTEEN RETUR  602347                               25.33-       88.79
02/13  FC05  DRAW-FAC 5     2370 E/D                              10.00       78.79
03/05  D550  INMATE PAYROL  2567 PIA2              46.67                     125.46
03/14  W702  IWF HANDICRAF  2691C20207                             4.82      120.64
03/14  W701  USE TAX        2691C20207                             3.49      117.15
03/14  W300  HANDICRAFT PU  2691C20207 203433089                  54.70       62.45
03/19  FC05  DRAW-FAC 5     2754    ED                            62.45        0.00
04/05  D550  INMATE PAYROL  2936 PIA17             48.21                      48.21
04/10  W389  DONATION - YO  3004PIONEE                            11.50       36.71
04/16  FC05  DRAW-FAC 5     3124 EDORM                            36.71        0.00
05/03  D550  INMATE PAYROL  3276 PIA1              56.77                      56.77
05/15  FC05  DRAW-FAC 5     3441 ED                               45.00       11.77
06/06  D550  INMATE PAYROL  3687 PIA 2             71.16                      82.93
06/08  FC05  DRAW-FAC 5     3772 EDORM                            82.93        0.00
07/05  D550  INMATE PAYROL  0022 PIA2              30.34                      30.34
07/16  FC05  DRAW-FAC 5     0201 EDORM                            30.00        0.34
07/25  D300  CASH DEPOSIT   0313 0560              35.00                      35.34

                               TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL         TOTAL        CURRENT     HOLDS      TRANSACTIONS
 BALANCE      DEPOSITS      WITHDRAWALS  BALANCE     BALANCE    TO BE POSTED
 ---------    --------      -----------  --------    -------    ------------
     0.00      351.61         316.27       35.34       0.00         0.00

                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                     ---------
                                                        35.34
```

CORRECTIONAL TRAINING FACILITY
CA 93960
ATTN: TRUST OFFICE



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST 8-24-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE
    Account Technician

BARRY D. MILLER
T-46754
P.O. Box 689
Soledad, CA 93960-0689

Case Number: C 07-3662 SI (PR)

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Barry D. Miller T-46754__ for the last six months
[prisoner name]
__Correctional Training Facility__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __53.16__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __32.42__ .

Dated: __8-24-07__

_Brenda Nation, Acct Technician_
[Authorized officer of the institution]

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
8-24-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE

Acct Technician

-5-

Case Number: C 07-3662 SI (PR)

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

MILLER T46754 for the last six months at
[prisoner name]

CORRECTIONAL TRAINING FACILITY where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 53.16 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 32.42

Dated: 8-24-07

Brenda Nation, Acct. Technician
Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-24-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
TRUST OFFICE
Account Technician

**CORRECTIONAL TRAINING FACILITY**
P.O. BOX 686
SOLEDAD, CA 93960
**ATTN: TRUST OFFICE**

4