1
2
3
4
5

6                       UNITED STATES DISTRICT COURT

7                        EASTERN DISTRICT OF CALIFORNIA

8
9

BARRY DEAN MILLER,                          1: 07 CV 01214 AWI  WMW HC

10                          Petitioner,        ORDER   ADOPTING   FINDINGS   AND
11          v.                                 RECOMMENDATIONS   RE   MOTION   TO
                                               DISMISS PETITION FOR WRIT OF HABEAS
12                                             CORPUS

13      BEN CURRY, WARDEN,                     [Doc. 15, 21]

14                          Respondent.

15      _____/

16          Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

17      U.S.C. Section 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28

18      U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

19          On June 10,  2008, the Magistrate Judge filed findings and recommendations herein.  These

20      findings and recommendations were served on the parties and contained notice to the parties that

21      any objections to the findings and recommendations were to be filed within thirty days.  No

22      objections were filed.

23          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de

24      novo review of this case.    See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th

25      Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and

26      recommendations to be supported by the record and by proper analysis.

27
28

Based on the foregoing, it is HEREBY ORDERED that:

1.   The findings and recommendations issued by the Magistrate Judge on June 10, 2008, are adopted in full;

2.   Respondent's motion to dismiss is GRANTED;

3.   The petition for writ of habeas corpus is DISMISSED without prejudice to Petitioner's right to refile after obtaining permission from the Ninth Circuit;

4.    The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

**Dated:    August 15, 2008**                                 **/s/ Anthony W. Ishii**
                                                        CHIEF UNITED STATES DISTRICT JUDGE